# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 7, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re: John Castro
v. Donald J. Trump
No. 23-117
(Your No. 23-12111)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 2, 2023 and placed on the docket August 7, 2023 as No. 23-117.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst