# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12111

_____

JOHN CASTRO,

                                                Plaintiff-Appellant,

*versus*

DONALD J. TRUMP,

                                                Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cv-80015-AMC

_____

ORDER:

2                  Order of the Court                  23-12111

Appellant's "Motion to Adjust the Briefing Schedule and Expedite Appeal" is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION