# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 2, 2023

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: John Castro
        v. Donald J. Trump
        No. 23-117
        (Your No. 23-12111)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari before judgment is denied.

Sincerely,

**Scott S. Harris**, Clerk